*FILED*
CLERK, U.S. DISTRICT COURT
JAN 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY: CH  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>      Plaintiff, )<br>            )<br>vs.         )<br>            )<br>LIONEL POOLAW )<br>            )<br>      Defendant. )<br>_____ ) | Case No.: 12-179 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western Dist., WA for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegedly absconding from resid. programs (multiple times), inadequate bail resources; prior supervised release revoked

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _[handwritten, illegible]_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/30/12

_[signature]_

UNITES STATES MAGISTRATE JUDGE

2